UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARREN THOMPSON DENNEY, | ) | CASE NO. SA CV 08-19-AHS (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| LARRY SCRIBNER, WARDEN, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 10, 2011.

*ALICEMARIE H. STOTLER*

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

C:\Temp\notes6B490C\CV, 08-19 Judgment.wpd